## Verification

I, Antwon Ross, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008.

*Antwon Ross*

**08 C 1051**

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**