**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ANTWON ROSS

v.

UNION PACIFIC RAILROAD COMPANY

Case Number:

**08 C 1051**

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANTWON ROSS

| Field | Value |
|---|---|
| NAME (Type or print) | Darren A. Bodner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/Darren A. Bodner |
| FIRM | Lisa Kane & Associates, P.C. |
| STREET ADDRESS | 120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06289083 |
| TELEPHONE NUMBER | 312-606-0383 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO X

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO X

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐