IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWON ROSS, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 1051 |
| | ) |
| v. | ) Judge Coar |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) Magistrate Judge Denlow |
| | ) |
| Defendant. | ) |

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, Lisa Kane representing plaintiff and Carol A. Poplawski representing the defendant, met on March 20, 2008 pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

    A.    The issues in this case may be simplified by taking the following steps:  None

    B.    The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:  None

    C.    Discovery will be needed on the following subjects:

        1.    Plaintiff's employment and working conditions

        2.    Defendant's policies and procedures relating to Plaintiff's claims

        3.    Plaintiff's job performance

        4.    Plaintiff's damages

D. Discovery should not be conducted in phases.

E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes ____ No _X_

F. The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded that ADR is not appropriate at this time.

H. The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $180,000 and the defendant has rejected that offer.

I. The Court should consider the following methods of expediting the resolution of this matter: None

| ANTWON ROSS | UNION PACIFIC RAILROAD COMPANY |
|---|---|
| By: _Lisa Kane_____ | By: _Carol A. Poplawski_____ |
| One of His Attorneys | One of Its Attorneys |
| Lisa Kane<br>LISA KANE & ASSOCIATES, P.C.<br>120 South LaSalle Street, Suite 1420<br>Chicago, IL 60603 | Carol A. Poplawski (#6192132)<br>OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C.<br>Two First National Plaza<br>Twenty-Fifth Floor<br>20 South Clark Street<br>Chicago, Illinois 60603-1891<br>(312) 558-1220 |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 16th day of April, 2008, she electronically filed the foregoing **REPORT OF PARTIES' PLANNING CONFERENCE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> Lisa Kane
> LISA KANE & ASSOCIATES, P.C.
> 120 South LaSalle Street, Suite 1420
> Chicago, IL 60603

/s/ Carol A. Poplawski

6221731.1