IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTWON ROSS, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 1051 |
| | ) |
| v. | ) Judge Coar |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) Magistrate Judge Denlow |
| | ) |
| Defendant. | ) |

**PROPOSED SCHDEULING ORDER**

**1. Discovery**

The following time limits and deadlines shall be applicable.

    A. All disclosures required by Rule 26(a)(1) shall be made on or before April 30, 2008.

    B. Any amendments to pleadings or actions to join other parties shall be filed on or before June 20, 2008.

    C. The cutoff of fact discovery is August 29, 2008.

    D. The parties shall disclose expert testimony pursuant to Rule 26 (a)(2) on or before September 15, 2008.

    E. The parties may depose the other side's expert at any time prior to October 15, 2008.

    F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to November 14, 2008.

    G. The parties shall have until December 15, 2008 to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions to be filed on or before September 29, 2008.

### 3. Final Pretrial Order and Conference

The final pretrial order shall be filed on or before December 31, 2008 (90 days after the deadline for dispositive motions)

The final pretrial conference will be held on _____ at _____.

### 4. Trial

Trial is set in this matter on _____ at 10:00 a.m.

### 5. Status Hearings

A further status hearing/preliminary pretrial conference should be held on August, 2008.


Dated: _____        _____
                                            Judge Coar
                                            United States District Judge


6222172.1