# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 cv 1051

Antwon Ross v. Union Pacific Railroad Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Union Pacific Railroad Company

| |
|---|
| NAME (Type or print)<br>Matthew S. Levine |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew S. Levine |
| FIRM<br>Ogletree Deakins Nash Smoak & Stewart |
| STREET ADDRESS<br>20 South Clark Street, 25th Floor |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293222 | TELEPHONE NUMBER<br>312-558-1236 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |