IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTWON ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1051 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Lisa Kane
 LISA KANE & ASSOCIATES, P.C.
 120 South LaSalle Street, Suite 1420
 Chicago, IL 60603

PLEASE TAKE NOTICE that on **Monday, August 11, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable David H. Coar, United States District Court Judge, in the courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as then may be sitting in his place, and shall then and there present Defendant's Unopposed Motion for Agreed Protective Order.

 UNION PACIFIC RAILROAD COMPANY

 By: <u>Carol A. Poplawski</u>
  One of Its Attorneys

Carol A. Poplawski (#6192132)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Two First National Plaza
Twenty-Fifth Floor
20 South Clark Street
Chicago, Illinois 60603-1891
(312) 558-1220
Date:  August 5, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 5th day of August, 2008, she electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> Lisa Kane
> LISA KANE & ASSOCIATES, P.C.
> 120 South LaSalle Street, Suite 1420
> Chicago, IL 60603

/s/ Carol A. Poplawski